request for extension of this deadline is permitted. The court's order granting relator's motion to strike the attachments to respondent's answer brief, dated February 28, 2011, is hereby vacated.

## MISCELLANEOUS DISMISSALS

**2010–1777.   State ex rel. Scarborough v. Indus. Comm.**
Franklin App. No. 09AP–1041, 2010-Ohio-4020. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of the joint application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2010–1839.   State ex rel. Wasinski v. Indus. Comm.**
Franklin App. No. 09AP–875, 2010-Ohio-4511. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. The records of this court indicate that appellant has not filed a merit brief, due March 7, 2011, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

**2011–0404.   State ex rel. Marshall v. Whitney.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2011–0343.   Cleveland Hts./Univ. Hts. City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–V–2112.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–1283.   State ex rel. Warner v. Indus. Comm.**
Franklin App. No. 09AP–841, 2010-Ohio-2476.

**2010–1907.   State ex rel. Gambill v. Opperman.**
In Mandamus.

**2010–1909.   State ex rel. Grossenbacker v. Indus. Comm.**
Franklin App. No. 09AP–779, 2010-Ohio-4265.

**2010–2065.   State ex rel. Tindira v. Ohio Police & Fire Pension Fund.**
Franklin App. No. 09AP–1049, 2010-Ohio-5078.